**QUAN WING SEUNG v. NAGLE, Commissioner of Immigration.**

No. 6085.

Circuit Court of Appeals, Ninth Circuit.

May 19, 1930.

Stephen M. White, of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., and Hubert Wyckoff, Jr., Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before RUDKIN and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

WILBUR, Circuit Judge.

Quan Yin Sing applied for writ of habeas corpus on behalf of his alleged son, Quan Wing Seung. The alleged son was born August 12, 1912. The alleged father had never seen the alleged son until he arrived in San Francisco. In 1911 the alleged father testified that he had no children, whereas in 1925 he testified that he had a son, Quan Kim Wing, who was born in 1906, and who was then seeking admission as his son. The record is replete with alleged discrepancies, but, in view of the false testimony given by the father in an effort to secure the admission of an alleged son, we cannot say that a fair hearing was denied because the immigration authorities did not believe his testimony in the present instance.

Judgment affirmed.